**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**REGGIE ANDRE BECKTON,**              :
                                       :
    **Plaintiff**                    :   CIVIL ACTION NO. 3:16-0051
                                       :
    **v**                             :
                                       :   (JUDGE MANNION)
**FASCIANA FRANCIS,** *et al.,*        :
                                       :
    **Defendants**

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion for summary judgment (Doc. 12) is **GRANTED**. Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

2. Plaintiff's motions for injunctive relief (Doc. 10, 23) are **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

                                             s/ *Malachy E. Mannion*
                                             **MALACHY E. MANNION**
                                             **United States District Judge**

**Date: March 21, 2017**